UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROLLIN D. SCHOLZ, JR.**                                                 **PLAINTIFF**

v.                   **CASE NO. 4:09cv00484 BSM**

**CAROLYN SUE MCLARRY, In Her**
**Individual and Official Capacities; and**
**ARKANSAS STATE UNIVERSITY**                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 7th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE